MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

**FILED**

SEP 1 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0068 PJH |
| Plaintiff, | STIPULATED REQUEST TO RELEASE DEFENDANT ON CONDITIONS INCLUDING LOCKDOWN AT THE RRC |
| v. | |
| TOMMIE DARYEL SMITH, | |
| Defendant. | |

On September 10, 2013, the parties appeared before this Court for an initial appearance on a petition to revoke supervised release, alleging that Defendant absconded from a Residential Reentry Center (RRC) in San Francisco. Following a brief hearing, Defendant was ordered detained pending his next court appearance on September 18, 2013. After appearing in court, Defendant was taken to the hospital for emergency treatment under constant armed guard provided by the United States Marshals Service. At this point, it is unclear when Defendant will be released from the hospital. The Geo Care RRC in Oakland currently has one bed space available.

STIP. REQ. TO RELEASE DEFENDANT
NO. CR-06-0068 PJH

The parties, at the request of the United States Marshal's Service, hereby stipulate to Defendant's release under the supervision of the United States Probation Office, subject to the Supervised Release conditions previously imposed, including the modification order previously issued by Judge Hamilton July 18, 2013. An additional condition imposed is: Defendant shall remain at the GeoCare RRC in Oakland on "lockdown" status, except for court appearances and medical treatment.

DATED: September 11, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Ned Smock
NED SMOCK
Attorney for Tommie D. Smith

CHRISTINA McCALL
Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court orders Defendant released from custody, subject to the existing Supervised Release conditions, and the new condition that Defendant shall remain at the GeoCare RRC in Oakland on "lockdown" status, except for court appearances and medical treatment. Upon his release from the hospital, Defendant is ordered to report immediately to the GeoCare RRC in Oakland, and report to the U.S. Probation Office. Defendant is ordered to appear in Judge Hamilton's court on September 18, 2013, as previously scheduled.

IT IS SO ORDERED.

DATED: 9/11/13

KANDIS A. WESTMORE
United States Magistrate Judge

STIP. REQ. TO RELEASE DEFENDANT
NO. CR-06-0068 PJH